JWV/DHE: Feb 2016
GJ #19

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **RONNIE CHRISTOPHER RICKS** | ) |

## I N D I C T M E N T

**COUNT ONE:**   [18 U.S.C. §2261(a)(1)]

The Grand Jury charges that:

On or about the 5th day of August, 2015, within the special territorial jurisdiction of Redstone Arsenal, in Madison County, in the Northern District of Alabama, the defendant,

**RONNIE CHRISTOPHER RICKS**,

with the intent to injure, harass, and intimidate S.L.S., whose name is known to the Grand Jury, an intimate partner and dating partner, of said defendant, and, while in the course of and as a result of the defendant's presence on Redstone Arsenal, Alabama, committed and attempted to commit Assault by striking S.L.S. with his fists, a crime of violence against S.L.S, in violation of Title 18, United States Code, Section 2261(a)(1).

**COUNT TWO:** [18 U.S.C. § 2261A(2)(B)]

The Grand Jury charges that:

On or about the 5th day of August, 2015, within the special territorial jurisdiction of Redstone Arsenal, in Madison County, in the Northern District of Alabama, and elsewhere, the defendant,

**RONNIE CHRISTOPHER RICKS**,

with the intent to injure, harass, or intimidate a person, namely S.L.S., whose name is known to the Grand Jury, used an electronic communication service and electronic communication system of interstate commerce, or any other facilities of interstate or foreign commerce, including a cellular telephone, to engage in a course of conduct that caused, attempted to cause, and was reasonably expected to cause, substantial emotional distress to S.L.S, in violation of Title 18, United States Code, Section 2261A(2)(B).

A TRUE BILL

*/s/Electronic Signature*

FOREPERSON OF THE GRAND JURY

                                                JOYCE WHITE VANCE
                                                United States Attorney

                                                */s/Electronic Signature*

                                                DAVID HOWARD ESTES
                                                Assistant United States Attorney